IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington, Inita | Case Number: 07 B 07545 |
|---|---|---|
|  | Washington Sr, Rodney L | Judge: Squires, John H |
|  | Printed: 5/20/08 | Filed: 4/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 9, 2008
Confirmed: August 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,006.00 |  |
| Secured: |  | 960.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 937.67 |
| Trustee Fee: |  | 108.33 |
| Other Funds: |  | 0.00 |
| Totals: | 2,006.00 | 2,006.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,514.00 | 937.67 |
| 2. | Systems & Services Technologies | Secured | 11,428.42 | 960.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 50,232.33 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 9,734.97 | 0.00 |
| 5. | Internal Revenue Service | Priority | 8,619.86 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 131.44 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 24.35 | 0.00 |
| 8. | Systems & Services Technologies | Unsecured | 47.19 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 41.46 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 94.27 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 32.48 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 35.40 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 106.76 | 0.00 |
| 14. | RJM Acquisitions LLC | Unsecured | 7.33 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 896.91 | 0.00 |
| 16. | AmeriCash Loans, LLC | Unsecured | 109.71 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 130.57 | 0.00 |
| 18. | Dakota State Bank | Unsecured | 34.80 | 0.00 |
| 19. | AmeriCash Loans, LLC | Unsecured | 214.04 | 0.00 |
| 20. | Jefferson Capital | Unsecured | 1,618.26 | 0.00 |
| 21. | Michael Reese Hospital | Unsecured | 231.10 | 0.00 |
| 22. | Nicor Gas | Unsecured | 141.23 | 0.00 |
| 23. | City Of Chicago Dept Of Revenue | Unsecured | 66.25 | 0.00 |
| 24. | Aaron Sales & Lease Ow | Secured |  | No Claim Filed |
| 25. | Debt Recovery Solutions | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington, Inita | Case Number: 07 B 07545 |
|---|---|---|
| | Washington Sr, Rodney L | Judge: Squires, John H |
| | Printed: 5/20/08 | Filed: 4/26/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Corporate America | Unsecured | | No Claim Filed |
| 27. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | First Bank Of Delware | Unsecured | | No Claim Filed |
| 30. | Drive Financial Services | Unsecured | | No Claim Filed |
| 31. | First Bank Of Delware | Unsecured | | No Claim Filed |
| 32. | Enhanced Recovery | Unsecured | | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 34. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 35. | Jvdb Asc | Unsecured | | No Claim Filed |
| 36. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 37. | LVNV Funding | Unsecured | | No Claim Filed |
| 38. | Plaza Associates | Unsecured | | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 40. | Nicor Gas | Unsecured | | No Claim Filed |
| 41. | Professional Account Services | Unsecured | | No Claim Filed |
| 42. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 43. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 44. | State Collection Service | Unsecured | | No Claim Filed |
| 45. | Sprint | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 86,493.13 | $ 1,897.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 108.33 |
| | _____ |
| | $ 108.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_